AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: JOSHUA C. LEWIS
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Subject Digital Devices, as fully listed and described in Attachment A.

Case No. MJ26-591

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Washington *(identify the person or describe the property to be searched and give its location)*:

Subject Digital Devices, as fully listed and described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, for list of items to be seized, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before October 6, 2026 *(not to exceed 14 days)*

❒ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in this District.
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for ____ days *(not to exceed 30)* ❒ until, the facts justifying, the later specific date of ____________.

Date and time issued: September 22, 2026 at 11:15AM

[signature]
*Judge's signature*

City and state: Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

USAO# 2026R00725

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: MJ26-591 | Date and time warrant executed: September 23, 2026 12 PM | Copy of warrant and inventory left with: NA |
|---|---|---|

Inventory made in the presence of : NA

Inventory of the property taken and name of any person(s) seized:

a. SUBJECT DIGITAL DEVICE A: a blue Motorola cell phone;
b. SUBJECT DIGITAL DEVICE B: a Micro 32 G Onn USB S/N 032GA2Y16023360828900;
c. SUBJECT DIGITAL DEVICE C: a Samsung cell phone IMEI 357854103213210;
d. SUBJECT DIGITAL DEVICE D: a red cell phone;
e. SUBJECT DIGITAL DEVICE E: a black Alcatel Cricket cell phone;
f. SUBJECT DIGITAL DEVICE F: a Micro SD Card 5G S/N 89148000010093187003;
g. SUBJECT DIGITAL DEVICE G: a Micro SD Card S/N 8901240407126392644;
h. SUBJECT DIGITAL DEVICE H: a Micro SD Card 6287D S/N 89012803332272487146; and
i. SUBJECT DIGITAL DEVICE I: a SD Card Optima 8GB S/N 0938TV6685Y, SD-K08G.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/23/2026

Kelly Forest

*Executing officer's signature*

Kelly Forest, Agent

*Printed name and title*

Returned to Magistrate Judge David W. Christel on September 24, 2026: DW Christel

USAO# 2026R00725